# EXHIBIT A



©Scott E. Detweiler - all rights reserved