SANDERS LAW GROUP

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

February 28, 2022

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Detweiler v. Associated Newspapers (U.S.A.) Ltd.,* 1:22-cv-00276 (VEC)

Dear Judge Caproni:

We represent Plaintiff Scott Detweiler ("Plaintiff") in the above-captioned case. We write to inform the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs; but with leave to reopen the case in thirty (30) days from the date of the order if the parties have not submitted a Notice of Dismissal by such time.

Plaintiff also requests that the Court adjourn all dates, until such time as the final Dismissal is entered or, if not, until Plaintiff notifies the Court that the action should be reopened. Defendant Associated Newspapers (U.S.A.) Ltd. consents to the requested relief.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*